**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sherri L. Carter<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4639<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18469–ABA | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sherri L. Carter

10/16/20

**By the court:**    Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Sherri L. Carter  
    Debtor(s)

Case No. 20-18469-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: 318      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sherri L. Carter, 6 Frosty Hollow Ct, Sicklerville, NJ 08081-4885 |
| 518986820 | + | AmeriHome Mortgage Company LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518892363 | | Amerihome Mortgage, 1 Baxter Way Ste 300, Thousand Oaks, CA 91362-3888 |
| 518892364 | | Amerihome Mtg Co, LLC, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518986821 | #+ | Denise Carlon Esquire, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518892373 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518892383 | | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 518892384 | | Golden Valley Lending, 635 E State Highway 20, Upper Lake, CA 95485-8793 |
| 518892385 | | L/O Randolph Walzer & Assoc. LLC, PO Box 1234, Jackson, NJ 08527-0259 |
| 518892386 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 518892388 | | Mariner Finance, 630 6th St, Bristol, TN 37620-2302 |
| 518892389 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518892391 | | Tbom/Atls/Fortiva Mc, PO Box 105555, Atlanta, GA 30348-5555 |
| 518892392 | | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 518892393 | | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518892394 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 518892395 | | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 16 2020 21:59:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 518892366 | | EDI: AMEREXPR.COM | Oct 17 2020 01:53:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 518892365 | | EDI: AMEREXPR.COM | Oct 17 2020 01:53:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 518892367 | | EDI: BANKAMER.COM | Oct 17 2020 01:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518892368 | | EDI: BANKAMER.COM | Oct 17 2020 01:48:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518892369 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 16 2020 22:24:25 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518892370 | | EDI: WFNNB.COM | Oct 17 2020 01:53:00 | Big Lots, PO Box 659707, San Antonio, TX 78265-9707 |
| 518892371 | | EDI: CAPITALONE.COM | Oct 17 2020 01:48:00 | Cap1/wmt, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518892372 | | EDI: CAPITALONE.COM | Oct 17 2020 01:48:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518892374 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2020 22:25:47 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518892375 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2020 22:24:32 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518892376 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 16 2020 22:25:53 | Dell Financial Services LLC, Attn: President/CEO, PO Box 81577, Austin, TX 78708-1577 |
| 518892378 | | EDI: DISCOVER.COM | Oct 17 2020 01:48:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 518892377 | | EDI: DISCOVER.COM | Oct 17 2020 01:48:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518892380 | | EDI: AMINFOFP.COM | Oct 17 2020 01:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518892379 | | EDI: AMINFOFP.COM | Oct 17 2020 01:53:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518892381 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 16 2020 21:59:00 | Flagship Credit Accept, PO Box 3807, Coppell, TX 75019-5877 |
| 518892382 | | Email/Text: bankruptcy@flagshipcredit.com | Oct 16 2020 21:59:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 518892387 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2020 22:25:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 518892390 | | EDI: CBSMASON | Oct 17 2020 01:48:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 518906269 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518892396 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 16 2020 22:25:54 | Webbank/dfs, PO Box 81607, Austin, TX 78708-1607 |
| 518892397 | | EDI: WFFC.COM | Oct 17 2020 01:53:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 518892398 | | EDI: WFFC.COM | Oct 17 2020 01:53:00 | Wf Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518894667 | | Comenity Capital Bank |
| 518894668 | | Cross River Bank |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 20-18469-ABA    Doc 28    Filed 10/18/20    Entered 10/19/20 01:02:35    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 43 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey S. Nowak | on behalf of Debtor Sherri L. Carter jefnwk@comcast.net  lonza29@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4